No. 7,738.—UNA B. KINNEMAN, Respondent, *v.* MURRAY M. CAMPBELL et al., Appellants.

Decided May 5, 1938.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is granted, and the appeal is accordingly dismissed.

(Note): On May 14, 1938, appellants filed a motion to reinstate the appeal. The motion was heard on May 25, and opinion rendered on July 22, 1938, denying reinstatement. (See *Kinneman* v. *Campbell,* 107 Mont. ——.)